# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GWIN, JAMES S. | N.D. OHIO | 12/17/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, ACTIVE | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br><br>**5b.** ✔ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

CARL B. STOKES US COURT HOUSE
801 WEST SUPERIOR AVENUE
CLEVELAND, OH 44113

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Monthly | STATE OF OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM AND OHIO STATE TEACHERS RETIREMENT SYSTEM. RIGHT TO RETIREMENT BENEFITS |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 12/17/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Monthly | INTERNATIONAL BUSINESS MACHINES, INC., spouse pension |
| 2. | Monthly | ▬▬▬▬▬▬ spouse salary, bonus, restricted stock |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 12/17/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 12/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Goldman Sachs Financial Square Government Fund (FGTXX) | C | Int./Div. | M | T | | | | | |
| 2. IBM common stock (IBM) | A | Dividend | K | T | | | | | |
| 3. Berkshire Hathaway common stock (BRKA) | A | Dividend | N | T | | | | | |
| 4. Vanguard Total Stock Market Index Fund, tax deferred | E | Dividend | P1 | T | Buy (add'l) | 01/14/20 | K | | |
| 5. | E | Distribution | | | Buy (add'l) | 01/31/20 | K | | |
| 6. ▓▓▓▓▓▓ common stock, ▓▓ | D | Dividend | O | T | | | | | |
| 7. Ohio Deferred Compensation LifePath 2035 | A | Dividend | N | T | | | | | |
| 8. Public Square Partners, LLC | A | Distribution | K | U | | | | | |
| 9. Vanguard Total Intl Stock Index Admiral (VTIAX) | E | Dividend | O | T | | | | | |
| 10. Ishares S&P Midcap 400 Growth Index Fund (IJK) | B | Dividend | M | T | | | | | |
| 11. iShares S&P Smallcap 600 Growth Index Fund (IJT) | E | Dividend | M | T | | | | | |
| 12. SPDR S&P MidCap 400 ETF (MDY) | D | Dividend | N | T | | | | | |
| 13. Vanguard Intermediate-Term Tax-Exempt Fund Admiral Shares (VWIUX) | C | Dividend | L | T | | | | | |
| 14. Vanguard Short-Term Treasury Index Fund Institutional Shares (VSBIX) | B | Dividend | K | T | | | | | |
| 15. Vanguard Limited-Term Tax-Exempt Fund Admiral Shares (VMLUX) | C | Dividend | K | T | | | | | |
| 16. Vanguard FTSE Developed Markets Index Fund ETF Shares (VEA) (x) | D | Dividend | N | T | | | | | |
| 17. Vanguard High Dividend ETF (VYM) | E | Dividend | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 12/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. IQ Hedge Multi-Strategy Tracker ETF (QAI) | D | Dividend | N | T | | | | | |
| 19. iShares Core S&P Small-Cap (IJR) | C | Dividend | M | T | | | | | |
| 20. WisdomTree U.S. Quality Dividend Growth Fund (DGRW) | A | Dividend | K | T | | | | | |
| 21. Vanguard REIT Index ETF (VNQ) | C | Dividend | L | T | | | | | |
| 22. iShares S&P 500 Growth (IVW) | A | Dividend | P1 | T | Donated (part) | 09/04/20 | L | A | |
| 23. | | | | | Buy (add'l) | 09/04/20 | L | | |
| 24. iShares S&P 500 Value (IVE) | E | Dividend | P1 | T | | | | | |
| 25. Vanguard FTSE Pacific ETF (VPL) | C | Dividend | M | T | | | | | |
| 26. Vanguard Target Retirement 2030 Inv (VTHRX) | E | Dividend | P1 | T | | | | | |
| 27. Vanguard Balanced Index Fund Admiral Shares (VBIAX) | E | Dividend | O | T | | | | | |
| 28. Austin Texas Water & Wastewater Sy (0524766Q) | B | Interest | K | T | | | | | |
| 29. Austin Texas Water & Wastewater Sy (524766V5) | A | Interest | | | Redeemed | 04/20/20 | K | A | |
| 30. Austin Texas Water & Wastewater Sy (052477CP9) | A | Interest | J | T | Buy | 04/20/20 | J | | |
| 31. Brookville, Ohio Local School District Bond (114691FN3) | A | Interest | K | T | | | | | |
| 32. Bethlehem Pennsylvania Government Bonds (0873475M8) | B | Interest | K | T | | | | | |
| 33. Bowling Green State University Ohio Bonds (102885JD3) | B | Interest | K | T | | | | | |
| 34. California State Various Purpose Bonds (13063DAS7) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 12/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Cincinnati Ohio Wtr Sys Rev Bond (172311MT6) | B | Interest | K | T | | | | | |
| 36. Cincinnati Ohio Various Purpose Bond (172217A35) | B | Interest | K | T | | | | | |
| 37. Cocoa Florida Wtr & SWR Rev. Bonds (191783EZ8) | A | Interest | K | T | | | | | |
| 38. Connecticut St Spl Tax Oblig Rev Bds (207758XU2) | A | Interest | K | T | | | | | |
| 39. Cleveland, Ohio Water Revenue Bonds (186427EP1) | A | Interest | K | T | | | | | |
| 40. Cuyahoga Community College Revenue Bonds (232393FJ2) | B | Interest | K | T | | | | | |
| 41. Fremont Ohio City School District Bonds (357568FW9 | A | Interest | K | T | | | | | |
| 42. Hamilton County Ohio Sewar System Revenue Bonds (407288YM5) | B | Interest | K | T | | | | | |
| 43. Harris Cnty Tex Metr Trans Auth (41422EHP1) | B | Interest | K | T | | | | | |
| 44. Harris Cnty Tex Trans. Auth (4140185U1) | B | Interest | K | T | | | | | |
| 45. Holbrook Mass Sch. Bonds (434722JB0) | A | Interest | | | Redeemed | 12/01/20 | K | A | |
| 46. Hurst Bedford Texas Independent School District (447819ET6) | B | Interest | K | T | | | | | |
| 47. Kentucky State Property & Bldgs Bonds (49151FWB2) | B | Interest | | | Redeemed | 05/01/20 | K | A | |
| 48. Lake Orion Mich Community School District Bond (510336QZ6) | B | Interest | K | T | | | | | |
| 49. Lakewood Ohio City School District Bond (512624RC3) | B | Interest | K | T | | | | | |
| 50. Metropolitan Transn Auth N Y Rev Trans Bonds (59261AXC6) | B | Interest | | | Redeemed | 09/01/20 | K | A | |
| 51. Metropolitan Transportation Authority Revenue Bonds (59261ANG8) | B | Interest | K | T | | | | | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 12/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Miami Beach Florida Water & Sewer Revenue Bond (593241BK7) | B | Interest | K | T | | | | | |
| 53. Miami Univ Ohio Gen Rcpts Rev Bonds (593791HE9) | A | Interest | K | T | | | | | |
| 54. Miami Univ Ohio Gen Rcpts Rev Bonds (593791FK7) | C | Interest | L | T | | | | | |
| 55. Middletown Ohio School District SCh Impt (597137GT9) | C | Interest | L | T | Buy | 01/20/20 | L | | |
| 56. New York State Dormitory Bonds (64990FAT1) | B | Interest | | | Redeemed | 05/20/20 | K | | |
| 57. New York State Dormitory Bonds (64990FVX9) | A | Interest | K | T | Buy | 05/20/20 | K | | |
| 58. North Royalton Ohio School District Bond (662055KA9) | B | Interest | K | T | | | | | |
| 59. Ohio State Infrastructure Impt (6775214F0) | A | Interest | K | T | Buy | 01/15/20 | K | | |
| 60. Ohio State GO Hwy Cap Impt Bds (677522B86) | A | Interest | K | T | Buy | 05/06/20 | K | | |
| 61. Ohio State Adult Correctional Bonds (677524CT5) | B | Interest | K | T | | | | | |
| 62. Ohio State Adult Correctional Bonds (677524AU3) | A | Interest | K | T | | | | | |
| 63. Ohio St Dept Adm Svcs (67755NHR9) | A | Interest | K | T | Buy | 05/05/20 | J | | |
| 64. Ohio State Cap FACS Lease Appropriation (677521W28) | B | Interest | K | T | | | | | |
| 65. Oshkosh Wisconsin Bond (68825WDY2) | B | Interest | K | T | | | | | |
| 66. Phoenix AR, Civic Impr Bond (71883MGL1) | B | Interest | | | Redeemed | 07/20/20 | K | A | |
| 67. Strongsville Ohio City School Bong (863387ME3) | A | Interest | K | T | | | | | |
| 68. Princeton, Ohio City School Dst Bds (742327DR7) | B | Interest | K | T | | | | | |

1 Income Gain Codes:     A =$1,000 or less         B =$1,001 - $2,500         C =$2,501 - $5,000         D =$5,001 - $15,000        E =$15,001 - $50,000
 (See Columns B1 and D4)  F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes            J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
 (See Columns C1 and D3)  N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                         P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment             T =Cash Market
 (See Column C2)          U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 12/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Tulsa Oklahoma County Industrial Authority Bonds (899518FZ2) | B | Interest | K | T | | | | | |
| 70. Virginia Commonwealth Transportation Board Bond (92778UBR0) | B | Interest | K | T | | | | | |
| 71. Seattle Wash Mun Lt &Pwr Rev Bds (812643PA6) | B | Interest | | | Redeemed | 02/20/20 | K | A | |
| 72. Sidney Ohio City School District Bonds (826129EK0) | A | Interest | K | T | | | | | |
| 73. University of Cincinnati Gen Rcpts Bds (914119B43) | B | Interest | K | T | | | | | |
| 74. Wisconsin St Clean Wtr Rev Clean Wtr Rev Bds (977092UB9) | B | Interest | K | T | | | | | |
| 75. T. Rowe Price Instl Floating Rate Fund Class F (PFFRX) (x) | A | Dividend | J | T | | | | | |
| 76. Cisco Systems, Inc. (CSCO) (x) | A | Dividend | J | T | | | | | |
| 77. Cummings, Inc. (CMI) (x) | A | Dividend | J | T | | | | | |
| 78. iShares Tips Bond ETF (TIP) (x) | A | Dividend | J | T | | | | | |
| 79. iShares Core S&P 500 ETF (IVV) (x) | C | Dividend | L | T | | | | | |
| 80. iShares Floating Rate Bond ETF (FLOT) (x) | B | Int./Div. | K | T | | | | | |
| 81. iShares Edge MSCI USA Quality Factor ETF (QUAL) (x) | A | Dividend | K | T | | | | | |
| 82. Vanguard FTSE All-World ex-US Index Fund ETF Shares (VEU) (x) | A | Dividend | J | T | | | | | |
| 83. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 12/17/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding the investment in the Vanguard Fund, this investment is made through an employer 401 plan sponsored at ▮▮▮▮ employer. The yearly statutory maximum is met in the first quarter although we do not know the exact dates of purchase.

Regarding Goldman Sachs Financial Square Government Fund (FGTXX), this fund is used as a money market account with intermittent deposits and withdrawl

Investments listed in Part VIII, line 22 was donated to a charitable entity and a similar investments was purchased in line 23.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  S/ JAMES S. GWIN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544